# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| SANDRA F. DIXON, | : | |
| Plaintiff, | : | |
| vs. | : | CA 03-0254-C |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | : | |
| | : | |
| Defendant. | | |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security terminating plaintiff's entitlement to disability insurance benefits be affirmed.

**DONE** this the 26th day of November, 2007.

s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**